UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SUNMOST INVESTMENTS LIMITED, d/b/a
VANGUARD BAGS (H.K.) COMPANY,

                 Plaintiff,

        – against –

SCHIFTER + PARTNERS LLC,

                Defendant.

**ORDER**

12 Civ. 9430 (ER)

RAMOS, D.J.:

        On December 28, 2012, Sunmost Investments Limited filed a complaint against Schifter + Partners LLC for breach of contract and related claims. Doc. 1. On June 12, 2013, this case was stayed pending the outcome of Defendant's bankruptcy proceeding. Doc. 18. On December 20, 2013, the Court directed the parties to submit a status update by January 3, 2014 and every three months thereafter. *Id.* The parties have not provided any updates to the Court.

        Accordingly, the Court directs the parties to submit a joint status report by **October 22, 2020**. Failure to comply with the Court's order could result in sanctions, including dismissal for failure to prosecute. Fed. R. Civ. P. 41(b).

It is SO ORDERED.

Dated:   October 8, 2020
            New York, New York

                                                EDGARDO RAMOS, U.S.D.J.