UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SUNMOST INVESTMENTS LIMITED, d/b/a
VANGUARD BAGS (H.K.) COMPANY,

                       Plaintiff,

               – against –

SCHIFTER + PARTNERS LLC,

                       Defendant.

**ORDER**

12 Civ. 9430 (ER)

RAMOS, D.J.:

On December 28, 2012, Sunmost Investments Limited brought breach of contract and related claims against Schifter + Partners LLC.  Doc. 1.  On June 12, 2013, the case was stayed pending the outcome of Defendant's bankruptcy proceeding.  Doc. 18.  On December 20, 2013, the Court directed the parties to submit a status update by January 3, 2014 and every three months thereafter.  *Id.*  The parties did not submit any status updates.  On October 8, 2020, the Court directed the parties to submit a joint status report by October 22.  Doc. 20.  On October 21, counsel for Defendant informed the Court that the bankruptcy proceeding had concluded and Defendant had dissolved seven years ago, and suggested that Plaintiff voluntarily dismiss the action.  Doc. 22.  Plaintiff's counsel informed the Court that defense counsel had told him the same, but Plaintiff did not request dismissal.  Doc. 21.  On October 23, the Court issued an order for Plaintiff to show cause why the Court should not dismiss this case for failure to prosecute at a hearing on November 6.  Doc. 23.  On November 5, Plaintiff requested that this Court dismiss the case and cancel the November 6 hearing.  Doc. 24.

  Plaintiff's request is GRANTED.  The Clerk of Court is respectfully directed to terminate the letter motion, Doc. 24, and close the case.

  It is SO ORDERED.

Dated: November 5, 2020
    New York, New York

                    EDGARDO RAMOS, U.S.D.J.